CO-386-online
10/03

# United States District Court
# For the District of Columbia

BRYAN S. ROSS, CHAPTER 7 TRUSTEE, )
)
)
)
                    Plaintiff )
        vs                    )     Civil Action No._____
CONTINENTAL CASUALTY COMPANY,  )
)
)
                    Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Bryan S. Ross, Chapter 7 Trustee__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Bryan S. Ross, Chapter 7 Trustee__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

430470                              Michael E. Tucci
BAR IDENTIFICATION NO.              Print Name

                                    1150 18th Street, NW, Suite 800
                                    Address

                                    Washington, DC          20036-3816
                                    City        State       Zip Code

                                    202-785-9100
                                    Phone Number