AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRYAN S. ROSS, CHAPTER 7 TRUSTEE

**SUMMONS IN A CIVIL CASE**

V.

CONTINENTAL CASUALTY COMPANY

CAS

Case: 1:07-cv-01450
Assigned To : Roberts, Richard W.
Assign. Date : 8/10/2007
Description: Contract

TO: (Name and address of Defendant)

Continental Casualty Company
c/o Corporation Service Company
1090 Vermont Avenue, NW, Suite 430
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Tucci, Esq.
Darrell W. Clark, Esq.
Christopher Lega, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C. 20036-3816

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                 AUG 10 2007
CLERK                                   DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>*</sup><sup>(1)</sup> | DATE<br>08-14-07 at 2:21 p.m. |
| NAME OF SERVER *(PRINT)*<br>Wesley Jennings | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): **By serving Renee Rice, Team Leader, authorized to accept. Service was completed at 1090 Vermont Avenue, NW, Suite 430, Washington, DC 20005.**

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   08-15-07         *[signature: Wesley Jennings]*
              Date              Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
*Address of Server*

\* **Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.