UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Bryan S. Ross, Chapter 7 Trustee )
                                  Plaintiff, )
)
v. )
)
Continental Casualty Company )
                                  Defendant. )

Case: 1:07-CV-01450

Assigned to: Roberts, Richard W.

Assign Date: 8/10/2007

Description: Contract

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Richard A. Simpson as counsel in this case for Continental Casualty Company.

Respectfully submitted,

Dated: October 25, 2007

**/s/ Richard A. Simpson**
Richard A. Simpson
(D.C. Bar No. 411893)
Kelly V. Overman
(D.C. Bar No. 482077)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 662-2000
Facsimile:  (202) 662-2190

*Counsel for Plaintiff*
*Continental Casualty Company*

360115 v 1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Appearance of Richard A. Simpson on behalf Defendant Continental Casualty Company was filed electronically, as well as mailed, first-class postage prepaid, this 25th day of October, 2007 to:

Michael E. Tucci, Esq.
Darrell W. Clark, Esq.
Christopher Lega, Esq.
Stinson Morrison Hecker, LLP
1150 18th Street, N.W. – Suite 800
Washington, D.C. 20036

                                      **/s/ Kelly V. Overman**
                                      Kelly V. Overman