UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYAN S. ROSS, ) | Civil Action No. 1:07-cv-01450-RWR |
| Plaintiff, ) | |
| v. ) | |
| CONTINENTAL CASUALTY CO., ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned appears as additional counsel for Bryan S. Ross, ("Ross"), Plaintiff and Counter-Defendant herein, and requests that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

>STINSON MORRISON HECKER LLP
>1150 18th Street, NW, Suite 800
>Washington, DC 20036-3816
>Tel: (202) 785-9100
>Fax: (202) 785-9163
>Email: mtucci@stinson.com
>Email: jdibble@stinson.com
>ATTENTION: Jaime S. Dibble, No. 493079

Dated: November 26, 2007

Respectfully Submitted,

/s/ Jaime S. Dibble
Michael E. Tucci, No. 430470
Jaime S. Dibble, No. 493079
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C. 20036
Tel. (202) 785-9100
Fax (202) 785-9163
Email: mtucci@stinson.com
Email: jdibble@stinson.com

*Counsel for Bryan S. Ross*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2007 the foregoing Entry of Appearance and Request for Notices was served by first-class mail, postage prepaid, or through the Court's electronic transmission system upon the following:

Richard A. Simpson, No. 411893
Kelly V. Overton, No. 482077
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006


                                        /s/ Jaime S. Dibble
                                        Jaime S. Dibble