UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRYAN S. ROSS,<br><br>      Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY CO.,<br><br>      Defendant. | )<br>)  Civil Action No. 1:07-cv-01450-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF DISCOVERY

     I hereby certify that on January 7, 2008, I served copies of Bryan S. Ross' Initial Disclosure Pursuant to Federal Rule of Civil Procedure 26, by first class mail, postage pre-paid, on the following:

Richard A. Simpson, Esq.
Kelly V. Overton, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006

and that I will retain the original of these documents in my possession, without alterations, until the conclusion of this Adversary Proceeding.

Dated: January 7, 2008

Respectfully submitted,

/s/ Jaime S. Dibble
Michael E. Tucci, No. 430470
Jaime S. Dibble, No. 493079
STINSON MORRISON HECKER LLP
1150 18th Street N.W., Suite 800
Washington, D.C. 20036
Tel. (202) 785-9100
Fax (202) 785-9163
Email: mtucci@stinson.com
Email: jdibble@stinson.com
*Attorneys for Bryan S. Ross*