UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYAN S. ROSS, ) | Civil Action No. 1:07-cv-01450-RWR |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF DISCOVERY

     I hereby certify that on February 6, 2008 I delivered copies of Bryan S. Ross' First Set of Interrogatories Directed to Continental Casualty Company and Bryan S. Ross' First Request for Production of Documents Directed to Continental Casualty Company, by first-class mail, postage-prepaid and electronic mail upon the following:

Richard A. Simpson, Esq.
Kelly V. Overton, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, DC 20006

and that I will retain the original of these documents in my possession, without alterations, until the conclusion of this adversary proceeding.

Dated: February 6, 2008                    Respectfully submitted,

                                                   /s/ Jaime S. Dibble
                                                   Jaime S. Dibble, No. 493079
                                                   Michael E. Tucci, No. 430470
                                                   STINSON MORRISON HECKER LLP
                                                   1150 18th Street N.W.
                                                   Suite 800
                                                   Washington, D.C. 20036
                                                   Tel. (202) 785-9100
                                                   Fax (202) 785-9163
                                                   *Attorney for Bryan S. Ross*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of the foregoing Certificate of Discovery on February 6, 2008 by first-class mail, postage-prepaid, upon the following:

Richard A. Simpson, Esq.
Kelly V. Overton, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, DC 20006

                                     /s/ Jaime S. Dibble
                                     Jaime S. Dibble

DB02/804331 0002/7797016.1
DB03/763807.0110/8426592.1