UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRYAN S. ROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTINENTAL CASUALTY CO.,<br><br>　　　　Defendant. | Civil Action No. 1:07-cv-01450-RWR |

**CONSENT MOTION TO EXTEND JOINT
SCHEDULING ORDER DEADLINES**

　　Bryan S. Ross ("Ross"), through his undersigned attorneys, and Continental Casualty Company ("Continental"), through its undersigned attorneys, state their Consent Motion to Extend Joint Scheduling Order Deadlines as follows:

　　1.　　On November 16, 2007 the parties filed their Joint Rule 16.3 Statement. Exhibit A to that Statement was the parties Joint Scheduling Order ("Scheduling Order").

　　2.　　Pursuant to the Scheduling Order, Ross must serve his Rule 26(a)(2) statements by February 8, 2008 and Continental must serve its Rule 26(a)(2) statements by March 10, 2008.[1]

　　3.　　The parties need additional time to determine if expert testimony is necessary, and if so, to allow for expert reports in accordance with Fed. R. Civ. Pro. 26(a)(2).

　　4.　　Ross and Continental hereby request that this Court extend Ross's Fed. R. Civ. Pro. 26(a)(2) disclosure deadline two weeks from February 8, 2008 to February 22, 2008, and that this Court extend Continental's Fed. R. Civ. Pro. 26(a)(2) disclosure deadline two weeks from March 10, 2008 to March 24, 2008.

---

[1] The Scheduling Order states that Continental is to serve its Rule 26(a)(2) statements by March 9, 2008, but that date is a Sunday.

5.  Ross and Continental submit that the extensions will not delay final resolution of this matter.

WHEREFORE, Ross and Continental respectfully request that this Court enter an order:

1.  granting an extension of Ross's Fed. R. Civ. Pro. 26(a)(2) deadline to February 22, 2008;

2.  granting an extension of Continental's Fed. R. Civ. Pro. 26(a)(2) deadline to March 24, 2008; and

3.  granting such other and further relief as this court may deem just, equitable and proper.

Dated: February 7, 2008                                  Respectfully submitted,

STINSON MORRISON HECKER LLP                              ROSS, DIXON & BELL, LLP

/s/ Jaime S. Dibble                                      /s/ Richard A. Simpson
Michael E. Tucci, No. 430470                             Richard A. Simpson, No. 411893
Jaime S. Dibble, No. 493079                              Kelly V. Overton, No. 482077
1150 18th Street, N.W.                                   Whitney R. Lindahl, Esq.
Suite 800                                                2001 K Street, N.W.
Washington, DC 20036                                     Washington, D.C. 20006
Tel. (202) 785-9100                                      Tel. (202) 662-2000
Fax (202) 785-9163                                       Fax (202) 662-2190
Email: mtucci@stinson.com                                Email: rsimpson@rdblaw.com
Email: jdibble@stinson.com                               Email: koverton@rdblaw.com
                                                         Email: wlindahl@rdblaw.com

*Attorneys for Bryan S. Ross*

*Attorneys for Continental Casualty Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2008, a copy of the foregoing Consent Motion to Extend Joint Scheduling Order Deadlines was served by first class mail, postage prepaid upon the following:

Richard A. Simpson, Esq.
Kelly V. Overton, Esq.
Whitney R. Lindahl, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006

                                      /s/ Jaime S. Dibble
                                      Jaime S. Dibble

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRYAN S. ROSS,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY CO.,<br><br>    Defendant. | )<br>)  Civil Action No. 1:07-cv-01450-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING CONSENT MOTION TO EXTEND JOINT
SCHEDULING ORDER DEADLINES**

This matter came before the Court on Bryan S. Ross ("Ross") and Continental Casualty Company's ("Continental") Consent Motion to Extend Joint Scheduling Order Deadlines. Upon consideration of the Consent Motion and the Opposition thereto, if any, it is this _____ day of _____, 2008, hereby:

**ORDERED,** that the Consent Motion be, and it hereby is, **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED**, that Ross's Fed. R. Civ. Pro. 26(a)(2) deadline is hereby extended to February 22, 2008; and it is

**FURTHER ORDERED**, that Continental's Fed. R. Civ. Pro. 26(a)(2) deadline is hereby extended to March 24, 2008.

_____
Judge Richard W. Roberts

Copies to:

Richard A. Simpson, Esq.
Kelly V. Overton, Esq.
Whitney R. Lindahl, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006

Michael E. Tucci, Esq.
Jaime S. Dibble, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, DC 20036