UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYAN S. ROSS, ) | Civil Action No. 1:07-cv-01450-RWR |
| Plaintiff, ) | |
| v. ) | |
| CONTINENTAL CASUALTY CO., ) | |
| Defendant. ) | |

**CONSENT MOTION TO EXTEND JOINT SCHEDULING
ORDER DEADLINES**

Bryan S. Ross ("Ross") and Continental Casualty Company ("Continental") through their undersigned counsel, state their Consent Motion to Extend Joint Scheduling Order Deadlines ("Motion"), as follows:

1. This case commenced on August 10, 2007 when Ross filed a Complaint for Declaratory Judgment and Breach of Contract Regarding Duty to Defend and Indemnify against Continental Casualty Company ("Continental").

2. On March 14, 2008 Ross and Continental filed a Consent Motion to Extend Scheduling Order Deadlines *Nunc Pro Tunc*. That Consent Motion was Granted on April 3, 2008, and as a result, the deadline to serve post-Rule 26(a) discovery requests was extended, *nunc pro tunc*, to February 11, 2008, the close of discovery is extended to May 2, 2008, and the post-discovery status conference is re-scheduled to May 7, 2008.

3. In its April 3, 2008 Order, the Court stated that any changes to the dispositive motions deadline or the pre-trial deadline would be determined by Magistrate Judge Kay, as this matter has been referred for full case management.

4. The current deadline to file dispositive motions in this matter is April 27, 2008 and the final pretrial is set for June 4, 2006.

5. The parties hereby request that the deadline to file dispositive motions in this matter be extended from April 27, 2008 to May 20, 2008. The dispositive motions deadline should affect the Trustee only, as Continental filed its Motion for Judgment on the Pleadings, or in the Alternative, Motion for Summary Judgment, on January 30, 2008, and that motion has been fully briefed since February 25, 2008.

6. The parties hereby further request that the pre-trial conference be continued to June 26, 2008, or to such other date that is convenient for the Court and the parties.

7. Continental consents to the relief requested in this Motion, and the proposed amended Joint Scheduling Order deadlines are acceptable to both Ross and Continental.

WHEREFORE, Ross and Continental respectfully request that this Court enter an order:

a. Extending the deadline to file dispositive motions in this matter from April 27, 2008 to May 20, 2008;

b. Continuing the pre-trial conference in this matter from June 4, 2008 to June 26, 2008, or to such other date that is convenient for the Court and the parties; and

c. granting such other relief as this Court deems just and equitable.

Dated: April 17, 2008                                  Respectfully submitted,

| STINSON MORRISON HECKER LLP | ROSS, DIXON & BELL, LLP |
|---|---|
| /s/ Jaime S. Dibble | /s/ Richard A. Simpson |
| Michael E. Tucci, No. 430470 | Richard A. Simpson, No. 411893 |
| Jaime S. Dibble, No. 493079 | Kelly V. Overton, No. 482077 |
| 1150 18th Street, N.W. | Whitney R. Lindahl, Esq. |
| Suite 800 | 2001 K Street, N.W. |
| Washington, DC 20036 | Washington, D.C. 20006 |
| Tel. (202) 785-9100 | Tel. (202) 662-2000 |
| Fax (202) 785-9163 | Fax (202) 662-2190 |
| Email: mtucci@stinson.com | Email: rsimpson@rdblaw.com |
| Email: jdibble@stinson.com | Email: koverton@rdblaw.com |
| *Attorneys for Bryan S. Ross* | Email: wlindahl@rdblaw.com |
| | *Attorneys for Continental Casualty Company* |

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Consent Motion to Extend Scheduling Order Deadlines was served by first class mail, postage prepaid, on April 17, 2008 upon the following.

Richard A. Simpson, Esq.
Kelly V. Overton, Esq.
Whitney Lindahl, Esq.
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006

                                            /s/ Jaime S. Dibble
                                            Jaime S. Dibble

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRYAN S. ROSS, | ) | Civil Action No. 1:07-cv-01450-RWR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING CONSENT MOTION TO EXTEND
JOINT SCHEDULING ORDER DEADLINES**

This matter came before the Court on Bryan S. Ross ("Ross") and Continental Casualty Company's ("Continental") Consent Motion to Extend Joint Scheduling Order Deadlines ("Motion"). Upon consideration of the Motion and the Opposition thereto, if any, it is this _____ day of _____, 2008, hereby:

**ORDERED,** that the Motion be, and it hereby is, **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED**, that the deadline to file dispositive motions in this matter is extended from April 27, 2008 to May 20, 2008; and it is

**FURTHER ORDERED**, that the pre-trial conference in this matter is continued from June 4, 2008 to June 26, 2008, or to such other date that is convenient for the Court and the parties.

.

_____
Magistrate Judge Alan Kay

Copies to:

Michael E. Tucci, Esq.
Jaime S. Dibble, Esq.
STINSON MORRISON HECKER LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036

Richard A. Simpson, Esq.
Kelly V. Overton, Esq.
Whitney Lindahl, Esq.
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006