UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYAN S. ROSS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONTINENTAL CASUALTY CO., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-cv-01450-RWR |

**JOINT MOTION FOR CONTINUANCE OF
DISCOVERY AND ALL PRETRIAL PROCEEDINGS**

Bryan S. Ross ("Ross") and Continental Casualty Company ("Continental"), through their undersigned counsel, hereby submit their Joint Motion for Continuance of Discovery ("Motion"), as follows:

1. This case commenced on August 10, 2007 when Ross filed a Complaint for Declaratory Judgment and Breach of Contract Regarding Duty to Defend and Indemnify against Continental.

2. On September 25, 2007, Continental filed an Answer and Counterclaim. On October 9, 2007, Ross filed his Answer to the Counterclaim.

3. Continental filed its Motion for Judgment on the Pleadings, or in the Alternative, Motion for Summary Judgment on January 30, 2008 (the "Summary Judgment Motion"); the Summary Judgment Motion was fully briefed as of February 25, 2008.

4. Beginning before and continuing since the Summary Judgment Motion was filed, the Parties have been conducting discovery, including the exchange of written discovery requests and responses, the exchange of documents, and depositions.

367621 v 1

5. Discovery is scheduled to close on May 2, 2008. However, discovery is not yet complete in this case. Although written discovery will be complete by May 2, at least three depositions have been scheduled after that date. In addition, the parties are attempting to resolve certain discovery disputes, and discovery motions may be necessary.

6. On April 30, 2008, United States Magistrate Judge Kay issued his Report and Recommendation ("Magistrate's Recommendation") on Continental's Summary Judgment Motion, recommending that summary judgment be granted to Continental and the civil action be dismissed.

7. Ross intends to file written objections to the Magistrate's Recommendation pursuant to Local Rule 72.3(b).

8. Because the additional planned discovery in this case will be costly and potentially unnecessary, the Parties agree that all further discovery, including the filing of any discovery motions, be postponed unless and until the District Court enters judgment denying Continental's Summary Judgment Motion.

9. The parties further propose that, if the case is not resolved by the Summary Judgment Motion, the discovery deadline be extended until thirty days after the Court's ruling.

10. In addition, the Parties request that all pretrial proceedings in this matter be postponed pending this Court's ruling on Continental's Summary Judgment Motion. Specifically, the parties propose that if the case is not resolved by Continental's Summary Judgment Motion, that the post-discovery status conference be continued to one week after the new discovery deadline, that the deadline to file dispositive motions be extended

two weeks after that, and that the final pre-trial in this matter be extended to a date and time convenient to the Court and the Parties, taking into consideration the amended deadlines.

11. Ross consents to the relief requested in this Motion, and the discovery extension approved is acceptable to both Ross and Continental.

WHEREFORE, the Parties respectfully request that this court enter an order:

a. Continuing all further discovery, including the filing of any discovery motions, unless and until the District Court denies Continental's Summary Judgment Motion; and

b. If the Court denies Continental's Summary Judgment Motion, that the discovery deadline is extended until thirty days after the Court enters its order denying such motion.

Dated: May 2, 2008                        Respectfully submitted,

STINSON MORRISON HECKER LLP           ROSS, DIXON & BELL, LLP

__/s/ Jaime S. Dibble_____          __/s/ Kelly V. Overman_____
Michael E. Tucci, No. 430470              Richard A. Simpson, No. 411893
Jaime S. Dibble, No. 493079               Kelly V. Overman, No. 482077
1150 18th Street, N.W.                    2001 K Street, N.W.
Suite 800                                 Washington, D.C. 20006
Washington, DC 20036                      Tel. (202) 662-2000
Tel. (202) 785-9100                       Fax (202) 662-2190
Fax (202) 785-9163                        Email: rsimpson@rdblaw.com
Email: mtucci@stinson.com                 Email: koverman@rdblaw.com
Email: jdibble@stinson.com                *Attorneys for Continental Casualty*
*Attorneys for Bryan S. Ross*             *Company*

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Joint Motion for Continuance of Discovery was served by first class mail, postage prepaid, on May 2, 2008 upon the following.

Michael E. Tucci, No. 430470  
Jaime S. Dibble, No. 493079  
1150 18th Street, N.W.  
Suite 800  
Washington, DC 20036  
*Attorneys for Bryan S. Ross*

                                              /s/ Kelly V. Overman  
                                              Kelly V. Overman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRYAN S. ROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTINENTAL CASUALTY CO.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv-01450-RWR<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING CONSENT MOTION
FOR CONTINUATION OF DISCOVERY AND ALL PRETRIAL PROCEEDINGS**

　　　　This matter came before the Court on Bryan S. Ross ("Ross") and Continental Casualty Company's ("Continental") Consent Motion to for Continuation of Discovery ("Motion"). Upon consideration of the Motion and the Opposition thereto, if any, it is this _____ day of _____, 2008, hereby:

　　　　**ORDERED,** that the Motion be, and it hereby is, **GRANTED IN ITS ENTIRETY**; and it is

　　　　**FURTHER ORDERED**, that all further discovery, including the filing of any discovery motions, and pretrial proceedings are continued unless and until the District Court denies Continental's Summary Judgment Motion; and it is

　　　　**FURTHER ORDERED,** that if the Court denies Continental's Summary Judgment Motion, that the discovery deadline is extended until thirty days after the Court enters its order denying such motion; and it is

　　　　**FURTHER ORDERED**, if the Court denies Continental's Summary Judgment Motion, that the post-discovery status conference be continued to one week after the new discovery deadline, that the deadline to file dispositive motions be extended two weeks after that,

and that the final pre-trial in this matter be extended to a date and time convenient to the Court and the Parties, taking into consideration the amended deadlines.

_____
Magistrate Judge Alan Kay

Copies to:

Michael E. Tucci, Esq.
Jaime S. Dibble, Esq.
STINSON MORRISON HECKER LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036

Richard A. Simpson, Esq.
Kelly V. Overman, Esq.
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006

367644 v 1